OCTOBER 31, 1961.

No. 328. WALLACH v. UNITED STATES. On petition for writ of certiorari to the United States Court of Appeals for the Second Circuit. Petition dismissed pursuant to Rule 60 of the Rules of this Court. *Jacob Rassner* for petitioner. *Solicitor General Cox* for the United States.

NOVEMBER 6, 1961.

No. 26. GARNER ET AL. v. LOUISIANA,
No. 27. BRISCOE ET AL. v. LOUISIANA, and
No. 28. HOSTON ET AL. v. LOUISIANA, certiorari, 365 U. S. 840, to the Supreme Court of Louisiana;
No. 32. HAMILTON v. ALABAMA, certiorari, 364 U. S. 931, to the Supreme Court of Alabama;
No. 85. AVENT ET AL. v. NORTH CAROLINA, and
No. 86. FOX ET AL. v. NORTH CAROLINA, on petitions for writs of certiorari to the Supreme Court of North Carolina; and
No. 248. RANDOLPH ET AL. v. VIRGINIA, on petition for writ of certiorari to the Supreme Court of Appeals of Virginia. Motions of *Thurgood Marshall* for leave to withdraw appearances as counsel for petitioners granted.

No. 78. GOLDBLATT ET AL. v. TOWN OF HEMPSTEAD. Appeal from the Court of Appeals of New York. (Probable jurisdiction noted, 366 U. S. 942.) Motion of the National Crushed Stone Association for leave to file brief, as *amicus curiae,* granted. *John F. Lane* and *Jerome Powell* for movants. *Richard P. Charles, John A. Morhous, William C. Mattison* and *Mario Matthew Cuomo* for appellee, in opposition.